Thomas L. Lether, OSB#101708
Eric J. Neal, OSB#110268
LETHER & ASSOCIATES, PLLC
3316 Fuhrman Avenue E., Suite 250
Seattle, WA 98102
tlether@letherlaw.com
eneal@letherlaw.com
T: 206-467-5444
F: 206-467-5544
*Attorneys for Plaintiff St. Paul Fire & Marine Insurance Company*

Honorable Garr M. King

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; and CHARTIS CLAIMS, INC., a New Jersey corporation.<br><br>Defendants. | Case No. 3:12-cv-01161-KI<br><br>**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS**<br><br><br>**Clerk's Action Required** |

## I. STIPULATION

It is hereby stipulated and agreed by and between Plaintiff St. Paul Fire & Marine Insurance Company and Defendants American Home Assurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and Chartis Claims, Inc., by and through their attorneys of record, that the parties have entered into settlement of these claims and Plaintiff's claims

STIPULATION AND ORDER OF
DISMISSAL OF CLAIMS - 1
S:\FILES\JH Kelly Group 12041\Pleadings\130701 -Stipulation and Order of Dismissal.docx

LETHER & ASSOCIATES, PLLC
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON 98102
P: (206) 467-5444  F: (206) 467-5544

alleged in the above-titled matter against Defendants will be dismissed with prejudice and without attorney's fees and costs to any party.

DATED this 17th day of July, 2013.

| **LETHER & ASSOCIATES** | **REED McCLURE** |
|---|---|
| */s/:Thomas Lether* | */s/:Christopher J. Nye* |
| Thomas Lether, OSB#101708 | Christopher J. Nye, OSB#95369 |
| Eric J. Neal, OSB#110268 | Reed McClure |
| Lether & Associates PLLC | 1215 Fourth Avenue |
| 3316 Fuhrman Ave. E., Suite 250 | Suite 1700 |
| Seattle, WA 98102 | Seattle, WA 98161-1087 |
| tlether@letherlaw.com | cnye@rmlaw.com |
| eneal@letherlaw.com | Tel: (206)292-4900 |
| Tel: (206)467-5444 | Fax: (206)223-0152 |
| Fax: (206)467-5544 | *Attorney for all Defendants* |
| *Attorneys for Plaintiff* | |

STIPULATION AND ORDER OF
DISMISSAL OF CLAIMS - 2
S:\FILES\JH Kelly Group 12041\Pleadings\130701 -Stipulation and Order of Dismissal.docx

LETHER & ASSOCIATES, PLLC
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON 98102
P: (206) 467-5444  F: (206) 467-5544

## II. ORDER OF DISMISSAL

Based on the foregoing STIPULATION, it is hereby ORDERED:

That all claims in this matter asserted by Plaintiff St. Paul Fire & Marine Insurance Company against Defendants American Home Assurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and Chartis Claims, Inc. are hereby dismissed with prejudice, and without an award of fees or costs to either party.

SIGNED this 23rd day of July, 2013.

_____
Honorable Garr M. King
United States District Judge

STIPULATION AND ORDER OF
DISMISSAL OF CLAIMS - 3
S:\FILES\JH Kelly Group 1204 1\Pleadings\130701 -Stipulation and Order of Dismissal.docx

LETHER & ASSOCIATES, PLLC
3316 FUHRMAN AVE. E., STE 250
SEATTLE, WASHINGTON 98102
P: (206) 467-5444  F: (206) 467-5544